No. 464, Misc. MEACHAM *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 471, Misc. ARCIERI *v.* ALVIS, WARDEN. Supreme Court of Ohio. Certiorari denied.

No. 387, Misc. FAULKNER *v.* ILLINOIS, 355 U. S. 965; and

No. 549, Misc. JEFFERSON *v.* TEETS, WARDEN, 355 U. S. 967. Petitions for rehearing denied.

No. 411, October Term, 1951. MADSEN *v.* KINSELLA, WARDEN, 343 U. S. 341. Motion for leave to file petition for rehearing denied.

APRIL 4, 1958.

No. 842. UNITED STATES *v.* SOCONY MOBIL OIL CO., INC. On appeal from the United States District Court for the District of Massachusetts. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Solicitor General Rankin* for the United States, and *Conrad W. Oberdorfer* for appellee, were on the stipulation. With *Mr. Oberdorfer* on a motion to dismiss or affirm were *John L. Hall* and *Henry C. Moses* for appellee.

APRIL 7, 1958.

No. 23. PUBLIC UTILITIES COMMISSION OF CALIFORNIA *v.* UNITED STATES, 355 U. S. 534. Petition of appellant for rehearing and clarification of the opinion denied. *Everett C. McKeage* and *J. Thomason Phelps* for appellant.